UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 15 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AUDREY CARTER,

    Plaintiff,

v.    Civil Action No. 11 1676

PRESIDENT GEORGE BUSH, *et al.*,

    Defendants.

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The Court will grant the application and dismiss the complaint.

According to plaintiff, she is the victim of multiple gang rapes and has been the unwilling subject of medical research conducted by federal government agents, resulting in the birth of "illegal babies" among other harms. Review of the complaint, and the myriad nonsensical and delusional allegations therein, leads the Court to conclude that the complaint must be dismissed in its entirety under 28 U.S.C. § 1915(e)(2) as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] a complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Furthermore, the allegations of the complaint "constitute the sort of patently insubstantial claims" that deprive the Court of subject matter jurisdiction." *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009). An Order is issued separately.

DATE: 9-13-11

_____
United States District Judge